**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**AT CINCINNATI**

| | | |
|---|---|---|
| **CHRISTOPHER SCENTERS,** | * | Case No. 1:17-cv-119 |
| *Plaintiff,* | * | |
| v. | * | |
| **RICHARD ISAAC HILTON** *doing business as* **RICHARD'S ROOFING & REPAIR,** | * * | **APPLICATION TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT ATTACHED** |
| *Defendant.* | * | |
| | * | |

     Plaintiff Christopher Scenters, by and through counsel, hereby requests the Court to grant his application to proceed with this action *in forma pauperis*. In this regard, courts routinely approve such applications in wage-and-hour cases, like this one, when a plaintiff demonstrates, by affidavit or otherwise, his inability to pay court costs. *E.g., Adkins v. E. I. Du Pont De Nemours & Co.*, 335 U.S. 331, 342-44 (1948). As demonstrated in the attached declaration, Plaintiff Christopher Scenters lacks the funds to pay courts costs or security for court costs in this action.

     Respectfully submitted,

     Mangano Law Offices Co., L.P.A.

     s/Ryan K. Hymore
     Ryan K. Hymore (0080750) [Trial Attorney]
     3805 Edwards Road, Suite 550
     Cincinnati, Ohio 45209
     T: (513) 255-5888/F: (216) 397-5845
     rkhymore@bmanganolaw.com

     *Counsel for Plaintiff*